UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUSTIN MYKAL TENNELL DAVIS,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, *et al.*,

Defendants.
______________________________/

Case No. 4:26-cv-13546

F. Kay Behm
United States District Judge

**JUDGMENT**

In accordance with the Opinion and Order issued on September 30, 2026, the case is **DISMISSED** without prejudice.

**SO ORDERED.**

Date: September 30, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge